Civil Action No. 2:23-cv-00038-RWS

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* 1st Franklin Financial Corporation C/O Mark J. Scarpitti, RA
was received by me on *(date)* 03/03/2023 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Taylor London , who is
designated by law to accept service of process on behalf of *(name of organization)* Mark J. Scarpitti, Registered Agent for 1st Franklin Financial Corporation on *(date)* 03/03/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/07/2023

*Server's signature*

Kayla Plowe - Process Server
*Printed name and title*

321 Lawrence Bridge Rd Seneca, SC 29672
*Server's address*

Additional information regarding attempted service, etc:

DESCRIPTION: Female, 5'5", Blond, front desk

Mr. Scarpitti was in a meeting at the time, the woman at the front desk, Taylor London, called him, he told her to have me leave the documents with her.