IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WILLIAM MORELAND, individually and on behalf of all other similarly situated,<br>    Plaintiff,<br><br>v.<br><br>1ST FRANKLIN FINANCIAL CORPORATION,<br>    Defendant. | CIVIL ACTION FILE<br>No. 2:23-CV-00038-SCJ |
| MARK DUNN, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>1ST FRANKLIN FINANCIAL CORPORATION,<br>    Defendant. | CIVIL ACTION FILE<br>No. 2:23-CV-00052-SCJ |
| JOSHUA ALLEN, *individually and on behalf of all others similarly situated*,<br>    Plaintiff,<br><br>v.<br><br>1ST FRANKLIN FINANCIAL CORPORATION,<br>    Defendant. | CIVIL ACTION FILE<br>No. 2:23-CV-00049-SCJ |

## ORDER CONSOLIDATING CASES

In the aforementioned cases, the Court issued a Notice of Potential Consolidation to all Parties and invited objections to be filed within 30-days of the Notice. See Docket 2:23-cv-38, Doc. No. [15]; Docket 2:23-cv-52, Doc. No. [4]; Docket 2:23-cv-49, Doc. No. [6]. The 30-day period has lapsed, and no objections have been filed.

Accordingly, pursuant to Federal Rule of Civil Procedure 42(a), the Court **ORDERS** that the above-captioned cases be **CONSOLIDATED** into Civil Action No. 2:23-cv-00038, Moreland v. 1st Franklin Financial Corporation. These cases contain common questions or law and fact, and the Court determines that consolidation is in the best interest of judicial efficiency and economy. See Hendrix v. Raybestos-Manhattan, Inc., 776 F.2d 1492, 1495 (11th Cir. 1985) (encouraging "trial judges to 'make good use of Rule 42(a) . . . in order to expedite the trial and eliminate unnecessary repetition and confusion.'" (quoting Dupont v. S. Pac. Co., 366 F.2d 193, 195 (5th Cir. 1966))).

Thus, it is **ORDERED** that:

- The following related actions be consolidated for all purposes: William Moreland v. 1st Franklin Financial Corporation, Case No. 2:23-cv-00038;

Mark Dunn v. 1st Franklin Financial Corporation, Case No. 2:23-cv-00052; Joshua Allen v. 1st Franklin Financial Corporation, Case No. 2:23-cv-00049.

- The Moreland case is designated as the lead case. All future-filed papers shall be filed in the Consolidated Action under Case No. 2:23-cv-00038-SCJ. The Clerk is **DIRECTED** to administratively close Case. No. 2:23-cv-00052 and Case No. 2:23-cv-00049.

- Plaintiffs shall have **30-days** from the date of this Order to file a Consolidated Amended Complaint.

IT IS SO ORDERED this \_\_4th\_\_ day of May, 2023.

_____
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**