# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| William Moreland, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>1st Franklin Financial Corporation,<br><br>Defendant. | Case No. 2:23-cv-00038-SCJ |

1

## PLAINTIFFS' UNOPPOSED JOINT MOTION FOR ORDER APPOINTING INTERIM CO-LEAD COUNSEL

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure Rule 42, Plaintiffs William Moreland, Ezra Williams and Price Laney ("Plaintiffs") move this Court for an Order appointing Laura Van Note of Cole & Van Note, Ryan D. Maxey of Morgan & Morgan Complex Business Division and Gary Mason of Mason LLP as Interim Co-Lead Counsel for the consolidated case.

Plaintiffs request that the Court grant the Motion, appoint Laura Van Note of Cole & Van Note, Ryan D. Maxey of Morgan & Morgan Complex Business Division and Gary Mason of Mason LLP as Interim Co-Lead Counsel and grant any additional relief it deems proper.

Respectfully Submitted,

*/s/ Laura Van Note*
Laura Van Note (admitted *pro hac vice*)
**COLE & VAN NOTE**
555 12th Street, Suite 1725
Oakland, California 94607
Telephone: (510) 891-9800
Email: lvn@colevannote.com

Charles Van Horn, Esq.
**BERMAN FINK VAN HORN P.C.**
3475 Piedmont Road, Suite 1640
Atlanta, Georgia 30305
Telephone: (404) 261-7711
Email: cvanhom@bfvlaw.com

*Counsel for William Moreland and the Putative Class*

Gary E. Mason*
Danielle L. Perry*
Lisa A. White*
**MASON LLP**
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com
*Counsel for Ezra Williams and the Putative Class*

**MORGAN & MORGAN, P.A**
Gregory Bosseler
191 Peachtree Street N.E., Suite 4200
P.O. Box 57007
Atlanta, Georgia 30343-1007
gbosseler@ForThePeople.com

Ryan D. Maxey (admitted *pro hac vice*)
**MORGAN & MORGAN COMPLEX BUSINESS DIVISION**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
rmaxey@ForThePeople.com
*Counsel for Price Laney and the Putative Clas*s

*Pro hac vice applications forthcoming*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

*/s/ Laura Van Note*
Laura Van Note, Esq.