# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| William Moreland, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>1st Franklin Financial Corporation,<br><br>Defendant. | Case No. 2:23-cv-00038-SCJ |

1

## ORDER APPOINTING INTERIM CO-LEAD COUNSEL

**WHEREAS**, Plaintiffs William Moreland, Ezra Williams, and Price Laney ("Plaintiffs") filed a motion for an order requesting the appointment of Laura Van Note of Cole & Van Note, Ryan D. Maxey of Morgan & Morgan Complex Business Division and Gary Mason of Mason LLP as Interim Co-Lead Counsel for the consolidated case; and

**WHEREAS**, the Court has carefully reviewed the motion, and good cause appearing based on the record.

**IT IS THEREFORE ORDERED** that:

1.     Laura Van Note of Cole & Van Note, Ryan D. Maxey of Morgan & Morgan Complex Business Division and Gary Mason of Mason LLP shall be appointed Interim Co-Lead Counsel for the consolidated case.

**IT IS SO ORDERED.**

Dated: _____                              _____
                                                     DISTRICT COURT JUDGE